(July 14, 1986)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KAFUS

Todd, Petitioner, v R. H. Kuhlman, as Superintendent of Sullivan Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied (see, People ex rel. Davis v Coombe, 97 AD2d 667). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.